## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER BLAKE,

      Plaintiff,                                         JUDGMENT IN A CIVIL CASE

v.                                                                        17-cv-220-bbc

CANDACE WARNER, LYNN
DOBBERT, STACEY HOLMES,
TONI JOHNSON, ANGELA STETTER,
TIMOTHY DOUMA and
EDWARD WALL,

      Defendants.

---

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

     /s/                                                                    6/21/2018

_____                    _____
    Peter Oppeneer, Clerk of Court                                          Date