# APPENDIX OF FORMS TO FEDERAL
# RULES OF APPELLATE PROCEDURE

DOC NO
REC'D/FILED

2018 JUL 25  AM 10: 54

PETER OPPEN___
CLERK US DIST C___
WD ___

## FORM 1.
## NOTICE OF APPEAL TO A COURT OF APPEALS
## FROM A JUDGMENT OR ORDER OF A
## DISTRICT COURT

United States District Court for the _Western_
District of _Wisconsin_
File Number _17 -CV -00220 -bbc_

_Christopher Blake_
A. B., <u>Plaintiff</u>

<u>v.</u>
_Candace Warner et.al._
C. D., <u>Defendant</u>

]
]
]
]       Notice of Appeal
]
]
]

Notice is hereby given that _Christopher Blake_ (here name all parties taking the appeal) ,
(plaintiff~~s~~) (~~defendants~~) in the above named case,* hereby appeal to the United
States Court of Appeals for the _7th_ Circuit (from the final judgment) (from an
order (describing it)) entered in this action on the _20th_ day of _July_ , 20 _18_
_Denied Summary Judgment_

(s) _____

Attorney for _Pro Se_
_Po Box 925_
Address: _Redgranite Wi 54970_

[Note to inmate filers: If you are an inmate confined in an institution and you
seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of
Inmate Filing) and file that declaration along with this Notice of Appeal.]

* See Rule 3(c) for permissible ways of identifying appellants.